UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES M. MACKENZIE,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>    Defendant. | No. CV 08-6078 FFM<br><br>JUDGMENT |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the defendant's motion to dismiss is granted and this action is dismissed with prejudice.

DATED: August 20, 2009

                                                  /S/ FREDERICK F. MUMM
                                                      FREDERICK F. MUMM
                                            United States Magistrate Judge